IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID PENTECOST,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                              CASE NO. 1D13-5971

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

Opinion filed September 4, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

David Pentecost, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, C.J., PADOVANO and CLARK, JJ., CONCUR.